Certificate Number: 14424-PAE-DE-036415176

Bankruptcy Case Number: 22-10316



14424-PAE-DE-036415176

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2022, at 6:11 o'clock PM EDT, Eustace C Marsham completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 21, 2022　　　　　　　　By:  /s/Edsie Lim

　　　　　　　　　　　　　　　　　　Name:  Edsie Lim

　　　　　　　　　　　　　　　　　　Title:  Certified Personal Finance Counselor