| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-10316-PMM**

Eustace Marsham  
402 Gregg Street  
Reading  PA    19607

Petition Filed Date: 02/10/2022  
341 Hearing Date: 03/22/2022  
Confirmation Date: 06/30/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/29/2022 | $570.00 | | 04/12/2022 | $570.00 | | 04/26/2022 | $570.00 | |
| 05/10/2022 | $570.00 | | 05/24/2022 | $570.00 | | 06/07/2022 | $570.00 | |
| 06/22/2022 | $570.00 | | 07/06/2022 | $570.00 | | 07/19/2022 | $570.00 | |
| 08/03/2022 | $570.00 | | | | | | | |

**Total Receipts for the Period: $5,700.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | M&T BANK<br>»» 001 | Secured Creditors | $57,982.08 | $1,069.60 | $56,912.48 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,776.41 | $0.00 | $2,776.41 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $279.20 | $0.00 | $279.20 |
| 4 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $324.08 | $0.00 | $324.08 |

**Chapter 13 Case No. 22-10316-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,700.00 | Current Monthly Payment: | $1,141.35 |
| Paid to Claims: | $4,719.60 | Arrearages: | $6.75 |
| Paid to Trustee: | $456.00 | Total Plan Base: | $68,481.00 |
| Funds on Hand: | $524.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.