UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Eustace Marsham, | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 22-10316-pmm |

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 29, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 28) is approved.

BY THE COURT:

Dated: 12/1/22

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge