# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Eustace Marsham, | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 22-10316-pmm |

## ORDER

AND NOW upon consideration of the Debtors' Motion to Approve Loan Modification; It is hereby ordered that the Motion is GRANTED.

**Date: December 1, 2022**

BY THE COURT:

*/s/ Patricia M. Mayer/*
_____
Patricia M. Mayer
United States Bankruptcy Judge