United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10316-pmm |
| Eustace Marsham | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

**Recip ID          Recipient Name and Address**
db              +  Eustace Marsham, 402 Gregg Street, Reading, PA 19607-1332

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:**

**Name                    Email Address**

BRENNA HOPE MENDELSOHN
                on behalf of Debtor Eustace Marsham tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS
                on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                ECFMail@ReadingCh13.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Eustace Marsham,                          :          Chapter 13
                    Debtor                              :          Bankruptcy No. 22-10316-pmm


### <u>ORDER GRANTING MOTION TO MODIFY PLAN</u>

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. # 29, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 28) is approved.


                                                    BY THE COURT:

Dated: 12/1/22

                                                    _____
                                                    Patricia M. Mayer
                                                    United States Bankruptcy Judge