Certificate Number: 20102-PAE-DE-037302477

Bankruptcy Case Number: 22-10316



20102-PAE-DE-037302477

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 29, 2023, at 12:16 o'clock PM EDT, Eustace Marsham completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 29, 2023                By:  /s/Marcy Walter

                                     Name:  Marcy Walter

                                     Title:  President-Manager